<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6703**

JOHN C. PHELPS,

        Plaintiff - Appellant,

     v.

FRANK L. PERRY, Secretary of the State of North Carolina
Department of Public Safety; NICOLE E. SULLIVAN, Director of
Prisons of the State of North Carolina Department of Public
Safety; JACKIE PARKER, Chief of Food Services for the State
of North Carolina Department of Public Safety; SUSAN R.
WHITE, Superintendent of Mountain View Correctional
Institution; MICHAEL SLAGLE, Assistant Superintendent of
Programs at Mountain View Correctional Institution; MR.
LEDFORD, Food Service Manager at Mountain View Correctional
Institution; MS. N. MELTON, Acting Head Nurse at Mountain
View Correctional Institution, Each Defendant Being Sued
Individually and in Their Official Capacities,

        Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Frank D. Whitney,
Chief District Judge. (1:14-cv-00133-FDW)

Submitted:  August 20, 2015       Decided:  August 25, 2015

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John C. Phelps, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John C. Phelps appeals the district court's order denying his motion to amend his 42 U.S.C. § 1983 (2012) complaint after the district court dismissed the complaint, pursuant to 28 U.S.C. § 1915A(b)(1) (2012), for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Phelps v. Perry, No. 1:14-cv-00133 (W.D.N.C. Apr. 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED